UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

CHARLES S. LONGSHORE,

        Plaintiff,

v.

ROBERT HERZOG, STEPHAN SINCLAIR, et. al.,

        Defendants.

CASE NO. 16-cv-5629-BHS-JRC

ORDER ON PLAINTIFF'S MOTION FOR IN FORMA PAUPERIS STATUS OR TO APPEAL IN FORMA PAUPERIS

      This 42 U.S.C. § 1983 civil rights matter has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. §§ 636 (b)(1)(A) and (B) and Local Magistrate Judge Rules MJR 1, MJR 3, and MJR 4. Before the Court is plaintiff's application for in forma pauperis status, titled on the docket as a motion for leave to appeal in forma pauperis status. Dkt. 26.

      Because plaintiff's application to proceed in forma pauperis already has been granted, the second application for such is duplicative and moot. *See* Dkt. 6; *see also* Dkt. 26. To the extent that his application could be deemed an appeal of the denial of his motion for appointment of

1 council, his objection to this Court's denial of his motion for appointment of counsel already has

2 been filed and has been referred to District Court Judge Benjamin H. Settle. *See* Dkt. 15.

3     Therefore, plaintiff's second application to proceed in forma pauperis (*see* Dkt. 26) is

4 denied as duplicative and moot.

## BACKGROUND

6     Plaintiff filed a motion for in forma pauperis status along with a proposed civil rights

7 action on July 14, 2016. Dkt. 1, 1-1.  On August 3, 2016, this Court granted plaintiff's

8 application to proceed in forma pauperis. *See* Dkt. 6. The Court notes that on August 5, 2016,

9 plaintiff filed an amended complaint. Dkt. 9.

10     On July 14, 2016, plaintiff also filed a motion for appointment of counsel. Dkt. 3. On

11 August 10, 2016, this Court denied plaintiff's motion to appoint counsel. Dkt. 11. On August 12,

12 2016, plaintiff filed an "objection and motion for reconsideration to the District Court Judge of

13 the Order denying appointment of counsel." Dkt. 15. This motion was referred to District Court

14 Judge Benjamin H. Settle on August 12, 2016.

## DISCUSSION

16     Because plaintiff's application to proceed in forma pauperis (Dkt. 1) already has been

17 granted (Dkt. 6), the second application for such is duplicative and moot (Dkt. 26). On his

18 second application for in forma pauperis status, plaintiff wrote that the nature of his underlying

19 cause of action was an "appeal from order denying appointment of counsel." *See* Dkt. 26, p. 1.

20 However, to the extent that his application for in forma pauperis could be deemed an appeal of

21 the denial of his motion for appointment of council, his objection to this Court's denial of his

22 motion for appointment of counsel already has been filed and has been referred to District Court

23 Judge Benjamin H. Settle. *See* Dkt. 15. Therefore, to the extent that his second application could

24

1  be deemed an appeal of the denial of his motion for appointment of council, this too would be
2  duplicative and moot. It is unclear what plaintiff's second application to proceed in forma
3  pauperis is intended to accomplish.
4      Therefore, plaintiff's second application to proceed in forma pauperis (*see* Dkt. 26) is
5  denied as duplicative and moot.

## CONCLUSION

7      For the reasons stated, plaintiff's second application to proceed in forma pauperis (Dkt.
8  26) is denied as duplicative and moot.
9      …
10      Dated this 9th day of September, 2016.

J. Richard Creatura
United States Magistrate Judge

ORDER ON PLAINTIFF'S MOTION FOR IN
FORMA PAUPERIS STATUS OR TO APPEAL IN
FORMA PAUPERIS - 3