UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CHARLES S. LONGSHORE,<br><br>                  Plaintiff,<br><br>v.<br><br>ROBERT HERZOG, et al.,<br><br>                  Defendants. | CASE NO. C16-5629BHS-JRC<br><br>ORDER GRANTING PLAINTIFF'S MOTION AND FINDING REPORT AND RECOMMENDATION MOOT |

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable J. Richard Creatura, United States Magistrate Judge (Dkt. 54), and Plaintiff Charles S. Longshore's ("Longshore") motion to withdraw preliminary injunction (Dkt. 57).

On October 7, 2016, Judge Creatura issued the R&R recommending that the Court deny Longshore's motion for a preliminary injunction. Dkt. 54. On October 12, 2016, Longshore filed a motion to withdraw his motion for a preliminary injunction. Dkt. 57. The Court **GRANTS** Longshore's motion and finds the R&R moot.

**IT IS SO ORDERED**.

Dated this 9th day of November, 2016.

                                                          _____<br>
                                                          BENJAMIN H. SETTLE<br>
                                                          United States District Judge